| | |
|---|---|
| 1 | WENDY M. KRINCEK, ESQ., Bar # 06417 |
| | Z. KATHRYN BRANSON, ESQ., Bar #11540 |
| 2 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
| | Las Vegas, NV 89169-5937 |
| 4 | Telephone: 702.862.8800 |
| | Fax No.: 702.862.8811 |
| 5 | Email: wkrincek@littler.com |
| | Email: kbranson@littler.com |

Attorneys for Defendant
FITNESS ALLIANCE, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERT KURLAND, an individual, | Case No. 2:17-cv-02311-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND CAUSE OF ACTION (RETALIATION)** |
| FITNESS ALLIANCE, LLC, a Nevada Limited-Liability Company DOES I-X; ROE CORPORATIONS I-X, | |
| Defendants. | |

Defendant FITNESS ALLIANCE, LLC and Plaintiff BERT KURLAND, by and through their respective counsel of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a) to dismiss

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Plaintiff's Second Cause of Action (Retaliation) set forth in his Complaint (ECF No. 1), with prejudice.

Dated: October 11, 2017

Respectfully submitted,

/s/ Jenny L. Foley, Esq.
JENNY L. FOLEY, ESQ.
HKM Employment Attorneys LLP

Attorneys for Plaintiff

Dated: October 11, 2017

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
WENDY MEDURA KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
Fitness Alliance, LLC

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 12, 2017.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800