WENDY M. KRINCEK, ESQ., Bar # 06417
Z. KATHRYN BRANSON, ESQ., Bar #11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
FITNESS ALLIANCE, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERT KURLAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FITNESS ALLIANCE, LLC, a Nevada Limited-Liability Company DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:17-cv-02311-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Defendant FITNESS ALLIANCE, LLC and Plaintiff BERT KURLAND, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: December 12th, 2017

Dated: December 15, 2017

Respectfully submitted,

_____
JENNY L. FOLEY, ESQ.
HKM Employment Attorneys LLP

Attorneys for Plaintiff,
Bert Kurland

Respectfully submitted,

_____
WENDY MEDURA KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
Fitness Alliance, LLC

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 15, 2017.

Firmwide:151544661.1 081134.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.